JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
### (Riverside Division)

| | |
|---|---|
| BMO BANK N.A. formerly known as BMO HARRIS BANK N.A., | Case No. 5:25-cv-02146-SSS-PVCx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SBR TRUCKING, INC, a California corporation; RAVINDER PAL SINGH, an individual; DOES 1-10, inclusive, | |
| Defendants. | |

On January 20, 2026, the Court granted Plaintiff BMO Bank N.A.'s Motion for Entry of Default Judgment.

Judgment is thereby entered against Defendants SBR TRUCKING, INC, a California corporation, and RAVINDER PAL SINGH, an individual, jointly and severally, as follows:

///

///

///

1

JUDGMENT

*For Money:*

| | |
|---|---|
| Principal: | $103,532.02 |
| Interest & Fees: | $ 17,314.27* |
| Post Acceleration Fees: | $ 13,482.75 |
| Attorney's Fees: | $ 3,835.00 |
| Court Costs: | $ 557.62 |
| **Total:** | **$138,721.66** |

*For Possession*:  Plaintiff is awarded possession of the Vehicles identified below. In the event Plaintiff recovers the Vehicles, Plaintiff shall sell the Vehicles in a commercially reasonable manner and file a partial satisfaction of judgment in the amount of the net proceeds from the sale.

| Agreement No. | Description of Collateral | Vehicle Identification # or Serial # |
|---|---|---|
| 3001 | 2019 Freightliner Cascadia-Series: CA12564SLP 125"BBC CONV CAB w/ 72"RR SLPR Tractor 6X4 | 3AKJHHDR3KSKJ6556 |
| 2001 | 2020 Utility Refrigerated Vans: 53' 2019 Thermo King, Model S600 | 1UYVS2537L2804417 6001279096 |
| | 2020 Utility Refrigerated Vans: 53' 2019 Thermo King, Model S600 | IUYVS2539L2804418 6001279097 |
| 9001 | 2021 Freightliner Cascadia-Series: CA12564SLP 125"BBC CONV CAB w/ 72"RR SLPR Tractor 6X4 | 3AKJHHDR8MSML8237 |

IT IS SO ORDERED.

DATED: January 21, 2026

_____
Honorable Sunshine Suzanne Sykes
Judge of the United States District Court

2

JUDGMENT